FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT -2  AM 11: 15

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JACKIE DAVIES AND CAROLE DAVIES, INDIDIVUALLY AND ON BEHALF OF THEIR MINOR DAUGHTER, TORY KYLEIGH DAVIES | CIVIL ACTION NO: 06-1852 |
| | SECTION "N" MAGISTRATE 1 |
| VS. | |
| ALPHARMA U.S. PHARMACEUTICAL DIVISION, INC. A/K/A ALPHARMA U.S.P.D., INC., A/K/A/ ALPHARMA, INC. | |

### ORDER OF DISMISSAL FRCP RULE 41

ON MOTION OF PLAINTIFFS, no answer or other opposition having been filed by defendants, it is ordered that this matter is dismissed without prejudice.

New Orleans, Louisiana, this 2nd day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE

381773v.1